UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x Civil Action No.: CV-04-5005 (NGG) (ACS)
UNITED STATES OF AMERICA, §
§
              Plaintiff, §
- against- §
§
GEORGE W. FITZPATRICK §
a/k/a GEOFFREY FITZPATRICK, §
§
              Defendant. §
-----------------------------------------------------------x

## DEFAULT JUDGMENT

Because George W. Fitzpatrick failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from George W. Fitzpatrick:

**Claim No. C99-02774W**

| | |
|---|---|
| Principal Balance: | $2,673.03 |
| Total Interest Accrued at 8.000%: | $3,723.59 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $6,576.62 |
| Attorney's Fees: | $ -0- |
| Total Owed: | $6,576.62 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
April 29, 2005

                                        Nicholas G. Garaufis
                                        United States District Judge